UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORTEGAS COLEMAN | * | |
|     Plaintiff, | * | CIVIL ACTION |
| | * | |
| versus | * | CASE NO.: |
| | * | |
| SHADRACK LONG, STERICYCLE, INC. | * | |
| WARD IDEALEASE, LLC, WELLS FARGO | * | JUDGE: |
| INS. & ABC INSURANCE CO. | * | |
|     Defendants. | * | MAGISTRATE: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## LIST OF EXHIBITS TO NOTICE OF REMOVAL

Exh. 1   Reports regarding Stericycle from Delaware Secretary of State and Illinois Secretary of State websites *in globo*

Exh. 2   Reports regarding Ward Idealease, LLC from Alabama Secretary of State and Delaware Secretary of State websites *in globo*

Exh. 3   Report regarding Wells Fargo Insurance, Inc. from Louisiana Secretary of State

Exh. 4   Documents from Minnesota Secretary of State website, from Minnesota Commerce Department website and report from the Sircon licensing system used by the State of Minnesota Commerce Department (who administers insurance for the State of Minnesota) to process and monitor insurers, insurance agencies, and producers, attached as Exhibit 8 *in globo*

Exh. 5   Declaration of Carol Arendall, Vice President of Global Risk Management for Stericycle, Inc.

Exh. 6   Declaration of Alejandro Evans, Stericycle Client Representative for USI, successor by merger to Wells Fargo Insurance Services Southeast, Inc., broker/agent for the Greenwich Insurance Company policy of motor vehicle liability insurance issued to Stericycle in effect on August 15, 2017, the alleged date of the incident giving rise to Plaintiff's suit

Exh. 7   Declaration of Molly LeVoir, Vice President and Senior Counsel for Wells Fargo Bank, N.A., an affiliate of Wells Fargo Insurance, Inc.

Exh. 8   Ward Idealease, LLC and Stericycle, Inc.'s October 2, 2018 Request for Admissions of Fact, Interrogatories and Request for Production of Documents to Plaintiff Ortegas Coleman and Plaintiff's November 16, 2018 Response to Defendants' Request for Admissions of Fact, Interrogatories and Request for Production of Documents *in globo*

Exh. 9   Stericycle's April 10, 2019 Second Set of Requests for Admission of Facts to Plaintiff Ortegas Coleman and Plaintiff's May 8, 2019 Responses to Defendant's Second Set of Requests for Admission *in globo*

Exh. 10   Declaration of Shadrack Long

Exh. 11   Declaration of William A. Ward