**EXHIBIT 3**
to
**Notice of Removal**

---

Report regarding Wells Fargo Insurance, Inc.
from Louisiana Secretary of State



(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

[Buy Certificates and Certified Copies] [Subscribe to Electronic Notification] [Print Detailed Record]

| Name | Type | City | Status |
|---|---|---|---|
| WELLS FARGO INSURANCE, INC. | Business Corporation (Non-Louisiana) | MINNEAPOLIS | Active |

**Previous Names**
NORWEST INSURANCE, INC. (Changed: 5/8/2000)

**Business:** WELLS FARGO INSURANCE, INC.
**Charter Number:** 34500358F
**Registration Date:** 7/5/1995

**Domicile Address**
550 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

**Mailing Address**
550 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

**Principal Business Office**
550 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

**Registered Office in Louisiana**
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**Principal Business Establishment in Louisiana**
501 LOUISIANA AVE.
BATON ROUGE, LA 708026129

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 7/5/1995
**Last Report Filed:** 6/19/2018
**Type:** Business Corporation (Non-Louisiana)

**Registered Agent(s)**

| Agent: | CORPORATION SERVICE COMPANY |
|---|---|
| Address 1: | 501 LOUISIANA AVENUE |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Appointment Date: | 4/23/1999 |

**Officer(s)**         **Additional Officers:** No

| Officer: | DEBRA MCCOMBS |
|---|---|
| Title: | Secretary |
| Address 1: | 550 SOUTH 4TH STREET |
| City, State, Zip: | MINNEAPOLIS, MN 55415 |
| Officer: | LAURIE B NORDQUIST |
| Title: | President, Director |
| Address 1: | 550 SOUTH 4TH STREET |
| City, State, Zip: | MINNEAPOLIS, MN 55415 |
| Officer: | JUDY RUD |
| Title: | Director |
| Address 1: | 550 SOUTH 4TH STREET |
| City, State, Zip: | MINNEAPOLIS, MN 55415 |

### Amendments on File (3)

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 4/23/1999 |
| Name Change | 5/8/2000 |
| Stmt of Chg or Chg Prin Bus Off | 12/28/2015 |

**Back to Search Results** | **New Search** | **View Shopping Cart**

GET HELP

© 2019 Louisiana Department of State