UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORTEGAS COLEMAN | * | |
| Plaintiff, | * | CIVIL ACTION |
| versus | * | CASE NO.: |
| SHADRACK LONG, STERICYCLE, INC. WARD IDEALEASE, LLC, WELLS FARGO INS. & ABC INSURANCE CO. | * | JUDGE: |
| | * | MAGISTRATE: |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## LISTING PURSUANT TO 28 U.S.C. §1447(b)

Defendants, Ward Idealease, LLC, Stericycle, Inc. and Shadrack Long, named defendants herein, through undersigned counsel and in accordance with 28 U.S.C. §1447(b) state:

1. All properly served parties in this case and the attorneys representing them are:

    **Plaintiff, Ortegas Coleman -**
    Jason M. Baer (Bar #31609)
    Casey C. Dereus (Bar #37096)
    Joshua A. Stein (Bar #37885)
    BAER LAW, LLC
    3000 Kingman, Suite 200
    Metairie, LA 70006
    Telephone: (504) 372-0111
    Facsimile: (504) 372-0151
    Email: cdereus@baerlawllc.com
    jbaer@baerlawllc.com
    jstein@baerlawllc.com

**Defendants, Shadrack Long, Stericycle, Inc. and Ward Idealease, LLC –**
Donald E. McKay, Jr. (Bar #14207)
Ryan M. Casteix (Bar #31656)
Leola M. Anderson (Bar #30377)
McNeil J. Kemmerly (Bar #15000)
LEAKE & ANDERSSON, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Telephone: (504) 585-7500
Fax: (504) 585-7775
Email: rcasteix@leakeandersson.com
dmckay@leakeandersson.com
landerson@leakeandersson.com
mkemmerly@leakeandersson.com

2. Attached is a copy of the entire State Court record in this matter, as represented by the Clerk of Court for the Civil District Court for the Parish of Orleans, Louisiana.

Respectfully submitted:

/s/ McNeil Kemmerly
**DONALD E. McKAY, JR. (#14207)**
**RYAN M. CASTEIX (#31656)**
**LEOLA M. ANDERSON (#30377)**
**McNEIL J. KEMMERLY (#15000)**
Leake & Andersson, L.L.P.
1100 Poydras Street, Suite 1700 Email:
New Orleans, LA 70163
Telephone: (504) 585-7500
Fax: (504) 585-7775
Emails:
rcasteix@leakeandersson.com
dmckay@leakeandersson.com
landerson@leakeandersson.com
mkemmerly@leakeandersson.com

*Attorneys for Defendants, Shadrack Long, Stericycle, Inc. and Ward Idealease, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on **June 7, 2019**, by ECF filing, by hand delivery, by telephonic facsimile transmission, by electronic submission or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

_/s/ McNeil Kemmerly_