UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ORTEGAS COLEMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10936-WBV-MBN** |
| **SHADRACK LONG, ET AL.** | **SECTION: "D" (5)** |

### ORDER

Considering the Ex Parte Motion to Withdraw as Counsel of Record (R. Doc. 8);

**IT IS HEREBY ORDERED** that the Motion is **DENIED** for failure to comply with Local Rule 83.2.11. Local Rule 83.2.11 provides:

> The original counsel of record must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. Counsel of record may obtain permission only upon joint motion (of current counsel of record and new counsel of record) to substitute counsel or upon a written motion served on opposing counsel and the client. If other counsel is not thereby substituted, the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion must be accompanied by a certificate of service, including a statement that the client has been notified of

> all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.

The instant Motion is deficient because the accompanying certificate of service does not state that the client has been notified, by certified mail, of all deadlines and pending court appearances, as Local Rule 83.2.11 requires.

New Orleans, Louisiana, July 29, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**